**Petition for Writ of Mandamus Denied and Memorandum Opinion Issued June 19, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00099-CV
_____

## IN RE GREGORY ALEMAN, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law
Bell County, Texas
Trial Court Cause No. 24CCV00873

## MEMORANDUM OPINION

On June 6, 2025, relator Gregory Aleman, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable John Mischtian, Judge of the County Court at Law, in Bell County, Texas, to file findings of fact and conclusions of law in trial court number 24CCV00873, styled *Aleman v. Department of Public Safety*.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004).

Relator has not established that the trial court abused its discretion. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Chief Justice Brister and Justices Field and Farris.